# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                              No. 4:05CR00330-01 JLH

BRIAN MONQUEZ MCMILLER                                                           DEFENDANT

## ORDER

Pending before the Court is defendant's Unopposed Motion to Continue the Revocation hearing currently set for Thursday, September 5, 2013. The motion is GRANTED. Document #86. The revocation hearing will be reset by separate order.

IT IS SO ORDERED this 4th day of September, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE