FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 05 2014

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                              NO. 4:05CR00330-01 JLH

BRIAN MONQUEZ MCMILLER                                              DEFENDANT

## ORDER

Court convened for a scheduled supervised release revocation hearing on this date. Following imposition of sentence, defendant moved for temporary release to attend the funeral for his step-father on Saturday, February 8, 2014. Without objection, the motion is GRANTED.

Upon providing her phone number and contact information to United States Probation Officer Kyle Estes, Amber McCuien will be allowed to pick up defendant from the Pulaski County Detention Center at 8:00 a.m. on Saturday, February 8, 2014, to attend the funeral of his step-father. Defendant must return to the Pulaski County Detention Center no later than 5:00 p.m. on Saturday, February 8, 2014.

Amber McCuien must provide her phone number and contact information to United States Probation Officer Kyle Estes by 5:00 p.m. on Thursday, February 6, 2014.

IT IS SO ORDERED this 5th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE